**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/29/2025
```

RONAI & RONAI, LLP,

      Plaintiff,

v.

META PLATFORMS, INC. and JOHN DOE, a name intended to be fictitious and that of an unknown creator/operator of a fake Facebook page,

      Defendants.

Case No. 25-cv-03344

Order

## ORDER VACATING CERTIFICATE OF DEFAULT ENTERED <u>AGAINST DEFENDANT META PLATFORMS, INC.</u>

Upon review and consideration of the parties' joint stipulation vacating the Certificate of Default (Dkt. No. 11) of Defendant Meta Platforms, Inc. ("Meta"):

**IT IS HEREBY ORDERED**, this <u>29th</u> day of <u>July</u>, 2025, that:

1. The Clerk of Court is directed to vacate the Certificate of Default entered against Meta at Dkt. No. 11.

2. The case will proceed against Meta on the schedule outlined in the parties' stipulation.

Dated: July 29, 2025
      White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge